No. 56, Misc. COUTURE v. UNITED STATES. C. A. 1st Cir. Certiorari denied. Petitioner *pro se. Solicitor General Cox* for the United States.

No. 64, Misc. FLORES v. UNITED STATES. C. A. 7th Cir. Certiorari denied. Petitioner *pro se. Solicitor General Cox, Assistant Attorney General Miller, Beatrice Rosenberg* and *Kirby W. Patterson* for the United States.

No. 66, Misc. HIPP v. SMITH ET AL. Supreme Court of Ohio. Certiorari denied. Petitioner *pro se. Donald F. Melhorn* for respondents.

No. 67, Misc. ANDREWS v. WILSON, WARDEN. Supreme Court of California. Certiorari denied.

No. 68, Misc. VERNEY v. ALASKA. Supreme Court of Alaska. Certiorari denied.

No. 71, Misc. GREEN v. WARDEN, MARYLAND PENITENTIARY. C. A. 4th Cir. Certiorari denied.

No. 73, Misc. BAKER v. UNITED STATES. C. A. 10th Cir. Certiorari denied. Petitioner *pro se. Solicitor General Cox, Assistant Attorney General Miller* and *Philip R. Monahan* for the United States.

No. 74, Misc. WHITTINGTON v. UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA ET AL. C. A. D. C. Cir. Certiorari denied. Petitioner *pro se. Solicitor General Cox, Assistant Attorney General Marshall* and *Harold H. Greene* for respondents.

No. 75, Misc. COOPER v. ALABAMA. Supreme Court of Alabama. Certiorari denied.